CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| ANIYA NICOLE HICKS, *et al.*, | |
| *Plaintiffs*, | Case No. 6:21-cv-00043 |
| v. | ORDER |
| CITY OF LYNCHBURG, *et al.*, | |
| *Defendants*. | Judge Norman K. Moon |

For the reasons set forth in the accompanying Memorandum Opinion issued this day, the Court hereby **GRANTS** Defendants' motion for summary judgment. Dkt. 29. Also as set forth in such Memorandum Opinion, the other pending pretrial motions and motions *in limine* will be and hereby are **DENIED as moot**. Dkts. 26, 31, 33, 35, and 59.

The Clerk of Court is directed to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties.

Entered this 30th day of September, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE